No. 17,883.

L. E. KNORR *v.* THE CENTENNIAL TURF CLUB.
(298 P. [2d] 736)

Decided June 18, 1956.   Rehearing denied July 9, 1956.

Mr. JOHN F. SHAFROTH, for plaintiff in error.

Mr. RICHARD H. SIMON, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.